and *Claro M. Recto* for petitioners. *Messrs. William Cattron Rigby, W. A. Graham,* and *Edward A. Kreger* for respondent.

No. 850. RAUSCH, ADMINISTRATOR, *v.* COMMERCIAL TRAVELERS MUTUAL ACCIDENT ASSN. May 26, 1930. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Messrs. James C. Jones, Frank H. Sullivan,* and *James C. Jones, Jr.,* for petitioner. No appearance for respondent.

No. 855. THEARD, RECEIVER AND TRUSTEE, ET AL. *v.* BUSHONG. May 26, 1930. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Messrs. Joseph W. Carroll* and *Delvaille H. Theard* for petitioners. *Mr. John D. Miller* for respondent.

No. 861. JACKSON *v.* NORRIS ET AL. May 26, 1930. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Crandall Mackey* for petitioner. *Messrs. Mark McMahon* and *Gillis A. Johnson* for respondents.

No. 875. CITY OF SHREVEPORT ET AL. *v.* SHREVEPORT RAILWAYS Co. May 26, 1930. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Frank J. Looney* for petitioners. *Messrs. W. H. Armbrecht* and *A. B. Freyer* for respondent.

No. 953. SAMPSELL ET AL. *v.* CALIFORNIA. June 2, 1930. Petition for writ of certiorari to the District Court of Appeal, 1st Appellate District, of California, and motion